UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

JUAN SALSE, et al.,                          :        03-CV-5641 (ARR)(CLP)
                                             :
                    Plaintiffs,              :
      -against-                              :
                                             :        NOT FOR
CITY OF NEW YORK, et al.,                    :        PRINT OR ELECTRONIC
                                             :        PUBLICATION
                                             :
                    Defendants.              :        ORDER
                                             :
------------------------------------------------------------------ X

ROSS, United States District Judge:

       I have received the Report and Recommendation on the instant case dated July 31, 2006

from the Honorable Cheryl L. Pollak, United States Magistrate Judge.  No objections have been

filed.  Having conducted a <u>de novo</u> review of the record, I hereby adopt the Report and

Recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

       Accordingly, this action will be dismissed for failure to prosecute unless plaintiffs contact

the court, either personally or through counsel, on or before October 2, 2006.

       SO ORDERED.


                                        _____
                                        Allyne R. Ross
                                        United States District Judge

Dated: August 15, 2006
       Brooklyn, New York


                                        1

SERVICE LIST:

Plantiffs
Juana Salse, Juan Salse, and/or Erison Salse
37-06 65th Street
Woodside, NY 11377

Juana Salse, Juan Salse, and/or Erison Salse
38-12 65th Street
Queens, NY 11377

Plaintiffs' Former Attorney
Thomas G. Sheehan
Cheda & Sheehan
76-03 Roosevelt Avenue
Jackson Heights, NY 11372

Defendants' Attorneys
Jennifer Ann Vazquez
NYC Law Department Office of the Corporation Service
100 Church Street
New York, NY 10007

Brian K. Morgan
New York City Law Department
100 Church Street
New York, NY 10007

Mary Theresa O'Flynn
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007

cc:    Magistrate Judge Cheryl L. Pollak

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
JUAN SALSE, et al.,

                Plaintiffs,

        -against-

CITY OF NEW YORK, et al.,

                Defendants.
---------------------------------------------------X

**REPORT AND
RECOMMENDATION**

03 CV 5641 (ARR)

       On November 3, 2003, plaintiffs Juan, Juana, and Erison Salse filed this action pursuant to 42 U.S.C. § 1983, seeking damages from the City of New York based on an alleged false arrest on November 3, 2000 by officers of the New York City Police Department. (Compl. ¶ 14).

       Following the filing of the complaint, plaintiffs' counsel Thomas Sheehan, Esq., reported that the parties had been engaged in settlement negotiations and that a settlement was expected to be reached shortly. (Pls.'s Letter of January 5, 2005). Unfortunately, before the matter could be resolved, Mr. Sheehan was terminated by the Court as plaintiffs' counsel.

       By Order dated March 31, 2006, this Court scheduled a status conference for April 19, 2006, at which plaintiffs were Ordered to appear in person with new counsel, or be prepared to proceed pro se. (Order of March 31, 2006). The Order, sent by mail to plaintiffs at their last known address, was returned as undeliverable on April 5, 2006. Despite diligent efforts by the Court and by defendants' counsel, the Court has been unable to obtain a current address for the plaintiffs in order to advise them of the status of their case and that they are no longer represented by counsel.

       This case has not progressed since the termination of plaintiffs' counsel, and for the past six months, this Court has neither heard from plaintiffs or been able to contact them to determine

whether they wish to continue to prosecute this case. Accordingly, this Court respectfully recommends that the case be dismissed for failure to prosecute unless plaintiffs contact the Court, either personally or through counsel, on or before October 2, 2006.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within ten (10) days of receipt of this Report. Failure to file objections within the specified time waives the right to appeal the District Court's Order. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(e), 72; Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

The Clerk is directed to mail copies of this Report and Recommendation to the parties.

**SO ORDERED.**

Dated: Brooklyn, New York
      July 31, 2006

_____
Cheryl L. Pollak
U.S. Magistrate Judge